**No. 10-7137. Danny Ray Dunlap, Petitioner v. Michigan.**

562 U.S. 1129, 131 S. Ct. 920, 178 L. Ed. 2d 741, 2011 U.S. LEXIS 132.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Michigan dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

---

**No. 10-7195. Ernest Miller, Petitioner v. California.**

562 U.S. 1129, 131 S. Ct. 925, 178 L. Ed. 2d 741, 2011 U.S. LEXIS 39.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of California dismissed. See Rule 39.8.

---

**No. 10-7273. Steven Kent Bloom, Petitioner v. David R. McKune, Warden, et al.**

562 U.S. 1130, 131 S. Ct. 930, 178 L. Ed. 2d 741, 2011 U.S. LEXIS 319.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis

denied, and petition for writ of certiorari to the Court of Appeals of Kansas dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 220 P.3d 593.

---

**No. 10-7320. Christopher Ysais, Petitioner v. Consuelo Angela Ysais.**

562 U.S. 1130, 131 S. Ct. 935, 178 L. Ed. 2d 741, 2011 U.S. LEXIS 503.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of New Mexico dismissed. See Rule 39.8.